# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2021

## NO. 03-19-00859-CV

**Joseph Sprague, Appellant**

**v.**

**James River Insurance Company, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
## AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on October 25, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.